Francis W. Paine et al., trading as Paine, Webber & Company, appellees, v. James Svolas, appellant.   Gen. No. 35,396.

Opinion filed June 15, 1932.

Bither & Bither, for appellant.   James W. Milne, for appellees.

Mr. Justice Friend delivered the opinion of the court.

Cleo Williams, appellee, v. Consumers Company, appellant.   Gen. No. 35,499.

Opinion filed June 15, 1932.

Philip H. Treacy, for appellant.   Olds, Stolle & Bellair, for appellee; Milford H. Olds and John F. Bellair, of counsel.

Mr. Justice Friend delivered the opinion of the court.

Jack Hawkins, appellee, v. Heissler & Junge Company, appellant.   Gen. No. 35,508.

Opinion filed June 15, 1932.

McKenna & Harris, for appellant; James J. McKenna and Abraham W. Brussell, of counsel.   Ela, Grover, March & Green, for appellee; S. R. Peterson, of counsel.

Mr. Justice Friend delivered the opinion of the court.

H. C. Hams, appellee, v. Alex Locashio, appellant.   Gen. No. 35,542.

Opinion filed June 15, 1932.

Braun, Anderson & Norby, for appellant; Joseph H. Braun and Joseph P. Brodie, of counsel.   No appearance for appellee.

Mr. Justice Friend delivered the opinion of the court.